UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TANJA PRODANOVIC MOSBY,**

      **Plaintiff,**

v.                                                          Case No.

**VOCATIONAL DEVELOPMENT GROUP, LLC, a foreign limited liability company d/b/a Inbloom Autism Services,**

      **Defendant.**

_____/

**COMPLAINT AND DEMAND FOR JURY TRIAL**

Plaintiff, TANJA PRODANOVIC MOSBY ("Plaintiff"), hereby sues Defendant VOCATIONAL DEVELOPMENT GROUP, LLC, a foreign limited liability company, d/b/a Inbloom Autism Services ("Defendant") and alleges as follows:

**JURISDICTION AND VENUE**

1. This is an action for damages for violations of the Family and Medical Leave Act of 1993 ("FMLA").

2. Subject matter jurisdiction over this action is based upon existence of a federal question based on FMLA claims which arise under federal law. The federal statute conferring original subject matter jurisdiction over this action is

-1-

29 U.S.C. § 1331.

3. Defendant is subject to general and specific personal jurisdiction in this Court under Section 48.193, Florida Statutes. Plaintiff's causes of action arose from Defendant's employment of Plaintiff in the State of Florida.

4. Plaintiff has satisfied all conditions precedent to maintain this action.

## PARTIES

5. Plaintiff was a resident of Pinellas County, Florida at all times material hereto and reported to Defendant's business office in Pinellas County.

6. At all times material Plaintiff was a covered "employee" within the meaning of the FMLA and Defendant was a covered employer.

7. Defendant is headquartered in Fort Lauderdale, Florida and doing business in Pinellas County, Florida.

## FACTUAL BACKGROUND

8. Plaintiff was employed by Defendant as a Center Director beginning in or around July 2023.

9. Plaintiff was an exemplary employee who consistenyl met all of Defendant's goals, received bonuses, and was considered for a promotion without ever receiving any disciplinary action.

10. On June 16, 2025, Plaintiff requested paperwork from Defendant's

Human Resources department ("HR") due to work-related stress, anxiety, and medical concerns following a miscarriage.

11. On June 17, 2025, Plaintiff's doctor completed and signed Plaintiff's FMLA request documentation, allowing her to take six (6) weeks of leave beginning on or around June 23, 2025.

12. On the morning of June 18, 2025, Plaintiff submitted the FMLA documentation completed by her doctor.

13. In the afternoon of June 18, 2025, hours after Plaintiff submitted her FMLA documentation, Defendant terminated Plaintiff's employment.

## COUNT I - FMLA RETALIATION

14. Plaintiff realleges and readopts the allegations of paragraphs 1 through 13 as if fully set forth herein.

15. Defendant is an employer under the FMLA.

16. Defendant retaliated against Plaintiff in violation of the FMLA by, among other things, terminating her the day she submitted documentation to take FMLA leave.

17. Plaintiff was injured by Defendant's actions, including discharge.

**WHERFORE**, Plaintiff requests this Honorable Court to grant a judgment requiring Defendant to pay to Plaintiff lost-wages, liquidated damages, and front-pay in an amount to be determined at trial, prejudgment interest thereon,

and costs and attorney's fees under the FMLA.

## COUNT II - FMLA INTERFERENCE

18. Plaintiff realleges and readopts the allegations of paragraphs 1 through 13 as if fully set forth herein.

19. Defendant terminated Plaintiff so that she could not take FMLA leave approved by her doctor.

20. Defendant interfered with Plaintiff's right to leave under the FMLA.

21. Defendant's actions were willful.

22. Plaintiff was injured by Defendant's interference when she was terminated.

**WHEREFORE**, Plaintiff requests this Honorable Court to grant a judgment requiring Defendant to pay to Plaintiff lost-wages, liquidated damages, front-pay in an amount to be proved at trial, prejudgment interest thereon, and costs and attorney's fees under the FMLA.

## JURY TRIAL DEMAND

Plaintiff demands trial by jury as to all issues.

Respectfully submitted,

*/s/ Craig L. Berman*
Craig L. Berman
Florida Bar No.: 068977
BERMAN LAW FIRM, P.A.
111 Second Avenue N.E, Suite 706
St. Petersburg, Florida 33701
Phone (727) 550-8989
Fax (727) 894-6251
craig@bermanlawpa.com

**COUNSEL FOR PLAINTIFF**